IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSE LUIS ALVAREZ-DELVALLE,<br><br>                         Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>                         Respondent. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-115-TC<br><br>District Judge Tena Campbell |

On April 3, 2017, this Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed for his failure to file a reply to Respondent's motion to dismiss his habeas-corpus petition. Petitioner still has not replied to Respondent's answer--now filed almost seven months ago. The Court has not heard from Petitioner again since he filed his petition on February 26, 2016.

IT IS THEREFORE ORDERED that Petitioner's action is DISMISSED without prejudice for failure to obey to the Court's order and to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). This case is CLOSED.

        DATED this 26th day of June, 2017.

                              BY THE COURT:

                              _____
                              JUDGE TENA CAMPBELL
                              United States District Court